# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WELDE MABRAT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| ALLSTATE INSURANCE CO., | : | NO. 12-1293 |
| Defendants | : | |

## ORDER

And NOW, this 12th day of December, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that Defendant's Motion for Summary Judgment is GRANTED, Plaintiff's Cross Motion for Summary Judgment is DENIED, and the action DISMISSED.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-1293 Mabrat v Allstate\order.docx